# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| D. REYNOLDS COMPANY, LLC | § |
| | § |
| *Plaintiff,* | § |
| | § |
| V. | § |
| | § CIVIL ACTION NO.: _____ |
| AGCS MARINE INSURANCE COMPANY | § |
| | § |
| *Defendant.* | § |

## INDEX

| EXHIBIT | DATE | DESCRIPTION |
|---|---|---|
| A-1 | 10/6/2023 | Docket Sheet – Case No. DC-22-17459; D. Reynolds LP v. AGCS Marine Insurance; 160th Judicial District Court, Dallas County, Texas |
| A-2 | 12/20/2022 | Plaintiff's Original Petition |
| A-3 | 12/20/2022 | Jury Demand |
| A-4 | 1/3/2023 | Issued Citation |
| A-5 | 1/24/2023 | Return of Service-Affidavit of Service (Served 1/12/2023) |
| A-6 | 2/3/2023 | Defendant's Answer to Petition |
| A-7 | 2/10/2023 | Notice of Filing Notice of Removal to Federal Court |
| A-8 | 3/7/2023 | Dismissal for Want of Prosecution |
| A-9 | 3/21/2023 | Scheduling Conference |
| A-10 | 3/28/2023 | Docket-U.S. District Court, Northern District of Texas, Dallas Division, Civil Docket for Case No. 3:23-cv-00311-L – Closed |
| A-11 | 3/28/2023 | U.S. District Court Letter to File - Remand |
| A-12 | 3/28/2023 | Order on Remand |
| A-13 | 5/4/2023 | Mediator Courtenay L. Bass, Letter – Case Not Settled |
| A-14 | 7/19/2023 | Defendant's Motion to Compel Complete Discovery Responses |

| EXHIBIT | DATE | DESCRIPTION |
|---|---|---|
| A-15 | 7/19/2023 | Non-signed Order Granting Defendant's Motion to Compel Complete Discovery Responses (Unsigned) |
| A-16 | 7/19/2023 | Defendant's Special Exceptions |
| A-17 | 7/19/2023 | Non-signed Order Granting Defendant's Special Exceptions |
| A-18 | 7/21/2023 | Defendant's Certificate of Conference for Motion to Compel Complete Discovery Responses |
| A-19 | 7/21/2023 | Notice of Hearing – Motion to Compel and Special Exceptions |
| A-20 | 8/22/2023 | Non-signed Scheduling Order (Level 3) |
| A-21 | 8/25/2023 | Scheduling Order - Level 3 |
| A-22 | 8/25/2023 | District Clerk Letter – Scheduling Order Signed |
| A-23 | 8/30/2025 | Plaintiff's First Amended Petition |
| A-24 | 9/1/2023 | Order Granting Defendant's Special Exceptions |
| A-25 | 9/1/2023 | Order Granting Defendant's Motion to Compel Complete Discovery Responses |
| A-26 | 9/5/2023 | Submission Setting for Scheduling Conference |
| A-27 | 9/5/2023 | District Clerk Letter with Signed Order Granting Defendant's Special Exceptions |
| A-28 | 9/5/2023 | District Clerk Letter with Signed Order Granting Defendant's Motion to Compel Complete Discovery Responses |
| A-29 | 9/7/2023 | Plaintiff's Second Amended Petition |
| A-30 | 9/29/2023 | Defendant's Answer to Plaintiff's Second Amended Petition |
| A-31 | 8/19/2024 | Jury Trial Setting Notice – 8/19/2024 |