# EXHIBIT A-1

## Case Information

DC-22-17459 | D. REYNOLDS LP vs. AGCS MARINE INSURANCE COMPANY

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| DC-22-17459 | 160th District Court | REDMOND, AIESHA |
| **File Date** | **Case Type** | **Case Status** |
| 12/20/2022 | CNTR CNSMR COM DEBT | RE-OPENED |

## Party

**PLAINTIFF**
D. REYNOLDS LP

Active Attorneys ▼
Lead Attorney
LOREE, ROBERT W
Retained

**DEFENDANT**
AGCS MARINE INSURANCE COMPANY

Active Attorneys ▼
Lead Attorney
SANDERS, THOMAS E
Retained

## Disposition Events

02/10/2023 Judgment ▲

## Events and Hearings

12/20/2022 NEW CASE FILED (OCA) - CIVIL

12/20/2022 ORIGINAL PETITION ▼

ORIGINAL PETITION

12/20/2022 ISSUE CITATION ▼

ISSUE CITATION - AGCS MARINE INSURANCE COMPANY

12/20/2022 JURY DEMAND ▼

JURY DEMAND

01/03/2023 CITATION ▼

Served
01/12/2023

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
01/24/2023
Comment
AGCS MARINE INSURANCE COMPANY

01/24/2023 RETURN OF SERVICE ▼

AFFIDAVIT OF SERVICE - EXECUTED CITATION - AGCS MARINE INSURANCE COMPANY

    Comment
    AFFIDAVIT OF SERVICE - EXECUTED CITATION - AGCS MARINE INSURANCE COMPANY

02/03/2023 ORIGINAL ANSWER - GENERAL DENIAL ▼

DEFENDANT-AGCS MARINE INSURANCE CO'S ORIGINAL ANSWER

02/10/2023 NOTICE OF REMOVAL TO FEDERAL COURT

DEFENDANT-NOTICE OF REMOVAL TO FEDERAL COURT

Comment
DEFENDANT

03/07/2023 DISMISSAL FOR WANT OF PROSECUTION

160th Dismissal

Judicial Officer
REDMOND, AIESHA

Hearing Time
3:00 PM

Cancel Reason
BY COURT ADMINISTRATOR

Comment
CASE FILED 12-20-22; DEFS UNSERVED

03/21/2023 Scheduling Conference

160th Scheduling Conference Notice

160th Scheduling Conference Notice

Judicial Officer
REDMOND, AIESHA

Hearing Time
3:00 PM

Cancel Reason
CASE CLOSED

03/28/2023 DOCKET SHEET

DOCKET SHEET

03/28/2023 CORRESPONDENCE - LETTER TO FILE

CORRESPONDENCE - LETTER TO FILE

Comment
REGARDING ORDER TO REMAND

03/28/2023 ORDER - REMAND (POST JUDG MOTION) (OCA and REOPEN CASE)

ORDER - REMAND (POST JUDG MOTION) (OCA and REOPEN CASE)

05/04/2023 CASE NOT SETTLED AT MEDIATION

CASE NOT SETTLED AT MEDIATION

**07/19/2023 MOTION - COMPEL**

MOTION TO COMPEL

**07/19/2023 NON-SIGNED PROPOSED ORDER/JUDGMENT**

PROPOSED ORDER TO COMPEL

Comment
PROPOSED ORDER TO COMPEL

**07/19/2023 SPECIAL EXCEPTIONS**

AGCS MARINE INSURANCE COMPANY'S SPECIAL EXCEPTIONS

**07/19/2023 NON-SIGNED PROPOSED ORDER/JUDGMENT**

PROPOSED ORDER GRANTING DEFENDANT'S SPECIAL EXCEPTIONS

Comment
PROPOSED ORDER GRANTING DEFENDANT'S SPECIAL EXCEPTIONS

**07/21/2023 CERTIFICATE OF CONFERENCE**

CERTIFICATE OF CONFERENCE FOR MOTION TO COMPEL DISCOVERY

Comment
FOR MOTION TO COMPEL DISCOVERY

**07/21/2023 NOTICE OF HEARING / FIAT**

NOTICE OF HEARING ON MOTION TO COMPEL

Comment
ON MOTION TO COMPEL

**08/22/2023 NON-SIGNED PROPOSED ORDER/JUDGMENT**

PROPOSED AGREED UNIFORM SCHEDULING ORDER (LEVEL 3)

Comment
PROPOSED AGREED UNIFORM SCHEDULING ORDER (LEVEL 3)

**08/24/2023 NOTE - CLERKS**

Comment
CC REC'D FOR 9/1 10:30AM HEARING ON MOTION TO COMPEL

**08/25/2023 SCHEDULING ORDER**

SCHEDULING ORDER LEVEL 3

Comment
LEVEL 3

08/25/2023 MISCELLANOUS EVENT

E-SERVE COVER LETTER - SCHEDULING ORDER

E-SERVE - SCHEDULING ORDER

Comment
E-SERVE COVER LETTER - SCHEDULING ORDER

08/30/2023 AMENDED PETITION

1ST AMENDED PETITION

Comment
1ST

09/01/2023 Motion - Compel

MOTION TO COMPEL

PROPOSED ORDER TO COMPEL

AGCS MARINE INSURANCE COMPANY'S SPECIAL EXCEPTIONS

PROPOSED ORDER GRANTING DEFENDANT'S SPECIAL EXCEPTIONS

CERTIFICATE OF CONFERENCE FOR MOTION TO COMPEL DISCOVERY

NOTICE OF HEARING ON MOTION TO COMPEL

Judicial Officer
REDMOND, AIESHA

Hearing Time
10:30 AM

Comment
**VIA ZOOM*** - & SPECIAL EXCEPTIONS - SET BY LISA 210-554-5548 - 30M - C.C REQ

09/01/2023 ORDER - SPECIAL EXCEPTIONS

ORDER - SPECIAL EXCEPTIONS

09/01/2023 ORDER - COMPEL

ORDER - COMPEL

09/05/2023 Scheduling Conference

160th Scheduling Conference Notice

160th Scheduling Conference Notice

Judicial Officer
REDMOND, AIESHA

Hearing Time
3:00 PM

Cancel Reason
BY COURT ADMINISTRATOR

09/05/2023 MISCELLANOUS EVENT

E-SERVE COVER LETTER - ORDER SPECIAL EXCEPTIONS

E-SERVE - ORDER SPECIAL EXCEPTIONS

Comment
E-SERVE COVER LETTER - ORDER SPECIAL EXCEPTIONS

09/05/2023 MISCELLANOUS EVENT

E-SERVE COVER LETTER - ORDER TO COMPEL

E-SERVE - ORDER TO COMPEL

Comment
E-SERVE COVER LETTER - ORDER TO COMPEL

09/07/2023 AMENDED PETITION

PLTF 2ND AMENDED PETITION

Comment
2ND

09/29/2023 ORIGINAL ANSWER - GENERAL DENIAL

ORIGINAL ANSWER

08/19/2024 Jury Trial - Civil

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

Judicial Officer
REDMOND, AIESHA

Hearing Time
8:30 AM

## Financial

**D. REYNOLDS LP**

| | |
|---|---:|
| Total Financial Assessment | $381.56 |
| Total Payments and Credits | $381.56 |

| Date | Description | | | |
|---|---|---|---|---:|
| 12/23/2022 | Transaction Assessment | | | $381.56 |
| 12/23/2022 | CREDIT CARD - TEXFILE (DC) | Receipt # 80248-2022-DCLK | D. REYNOLDS LP | ($244.56) |
| 12/23/2022 | STATE CREDIT | | | ($137.00) |

## Documents

ORIGINAL PETITION

JURY DEMAND

ISSUE CITATION - AGCS MARINE INSURANCE COMPANY

160th Dismissal

AFFIDAVIT OF SERVICE - EXECUTED CITATION - AGCS MARINE INSURANCE COMPANY

DEFENDANT-AGCS MARINE INSURANCE CO'S ORIGINAL ANSWER

160th Scheduling Conference Notice

160th Scheduling Conference Notice

DEFENDANT-NOTICE OF REMOVAL TO FEDERAL COURT

ORDER - REMAND (POST JUDG MOTION) (OCA and REOPEN CASE)

DOCKET SHEET

ORDER - REMAND (POST JUDG MOTION) (OCA and REOPEN CASE)

CORRESPONDENCE - LETTER TO FILE

CASE NOT SETTLED AT MEDIATION

MOTION TO COMPEL

PROPOSED ORDER TO COMPEL

AGCS MARINE INSURANCE COMPANY'S SPECIAL EXCEPTIONS

PROPOSED ORDER GRANTING DEFENDANT'S SPECIAL EXCEPTIONS

CERTIFICATE OF CONFERENCE FOR MOTION TO COMPEL DISCOVERY

NOTICE OF HEARING ON MOTION TO COMPEL

160th Scheduling Conference Notice

160th Scheduling Conference Notice

PROPOSED AGREED UNIFORM SCHEDULING ORDER (LEVEL 3)

Jury/Non-Jury Trial Notice

Jury/Non-Jury Trial Notice

SCHEDULING ORDER LEVEL 3

E-SERVE COVER LETTER - SCHEDULING ORDER

E-SERVE - SCHEDULING ORDER

1ST AMENDED PETITION

ORDER - SPECIAL EXCEPTIONS

ORDER - COMPEL

E-SERVE COVER LETTER - ORDER SPECIAL EXCEPTIONS

E-SERVE - ORDER SPECIAL EXCEPTIONS

E-SERVE COVER LETTER - ORDER TO COMPEL

E-SERVE - ORDER TO COMPEL

PLTF 2ND AMENDED PETITION

ORIGINAL ANSWER