# EXHIBIT A-10

CLOSED,JURY,RUTHERFORD

FILED
23 MAR 28 AM 9:55
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
_____ DEPUTY

**U.S. District Court**
**Northern District of Texas (Dallas)**
**CIVIL DOCKET FOR CASE #: 3:23-cv-00311-L**
**Internal Use Only**

D Reynolds LP v. AGCS Marine Insurance Company
Assigned to: Judge Sam A. Lindsay
Case in other court: 160th Judicial District Court, Dallas County, TX, DC-22-17459
Cause: 28:1331 Fed. Question

Date Filed: 02/10/2023
Date Terminated: 03/23/2023
Jury Demand: Both
Nature of Suit: 110 Contract: Insurance
Jurisdiction: Diversity

CERTIFIED A TRUE COPY
KAREN MITCHELL, CLERK
By /s/ SONIA VANCAMP
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS
March 23, 2023

## Plaintiff

**D Reynolds LP**       represented by   **Robert W Loree**
Loree & Lipscomb
777 E Sonterra Blvd
Suite 320
San Antonio, TX 78258
210-404-1320
Fax: 210-404-1310
Email: rob@lhllawfirm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Trevis R Loree**
Loree & Lipscomb
777 E. Sonterra Blvd, Suite 320
San Antonio, TX 78258
210-404-1320
Fax: 210-404-1310
Email: trevis@lhllawfirm.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

V.

## Defendant

**AGCS Marine Insurance Company**   represented by   **Thomas E Sanders**
Dykema Gossett PLLC
112 E Pecan St
Suite 1800
San Antonio, TX 78205
210-554-5500
Fax: 210-226-8395
Email: tsanders@dykema.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: Admitted/In Good Standing*

**Ryan D Landry**
Dykema Gossett PLLC
112 E Pecan Street
Suite 1800
San Antonio, TX 78205
210-554-5239
Fax: 866-449-6952
Email: rlandry@dykema.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/10/2023 | 1 | NOTICE OF REMOVAL WITH JURY DEMAND filed by AGCS Marine Insurance Company. (Filing fee $402; receipt number ATXNDC-13508766) In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Exhibit(s) Index with Exhs 1-10, # 2 Cover Sheet JS 44, # 3 Cover Sheet Supplement (Supp)) (Sanders, Thomas) (Entered: 02/10/2023) |
| 02/10/2023 | 2 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by AGCS Marine Insurance Company. (Clerk QC note: Affiliate entry indicated). (Sanders, Thomas) Modified docket text on 2/10/2023 (oyh). (Entered: 02/10/2023) |
| 02/10/2023 | 3 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Rutherford). Clerk to provide copy to plaintiff if not received electronically. (acm) (Entered: 02/10/2023) |
| 02/17/2023 | 4 | ANSWER to Complaint with Jury Demand filed by AGCS Marine Insurance Company. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Sanders, Thomas) (Entered: 02/17/2023) |
| 03/03/2023 | 5 | Order and Notice of Deficiency: By 3/17/23, AGCS Marine Insurance Company must file an amended or supplemental notice of removal that cures the jurisdictional deficiencies identified by the court. Failure to do so will result in the sua sponte remand of this action to state court for lack of jurisdiction. (Ordered by Judge Sam A. Lindsay on 3/3/2023) (chmb) (Entered: 03/03/2023) |
| 03/13/2023 | 6 | AMENDED DOCUMENT by AGCS Marine Insurance Company. Amendment to 5 Order And Notice of Deficiency,. *Amended Notice of Removal*. (Landry, Ryan) |

| Date | Doc # | Description |
|---|---|---|
|  |  | (Entered: 03/13/2023) |
| 03/23/2023 | 7 | ORDER: The court sua sponte remands this action for lack of subject matter jurisdiction to the 160th Judicial District Court, Dallas County, Texas, from which it was removed. (Ordered by Judge Sam A. Lindsay on 3/23/2023) (Attachments: # 1 Remand Letter) (svc) (Entered: 03/23/2023) |