IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| D. REYNOLDS COMPANY, LLC, | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:23-cv-2224-E |
| AGCS MARINE INSURANCE COMPANY, | § § § § § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge David L. Horan issued his Findings, Conclusion, and Recommendations in this case on October 18, 2024. (ECF No. 57). Objection and briefing was filed. (ECF Nos. 58, 59). After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated October 18, 2024, (ECF No. 57), the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

(*signature on next page*)

**SO ORDERED** this 13th day of November, 2024.

_____
Ada Brown
UNITED STATES DISTRICT JUDGE